UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCH TRAFFIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANY, <br><br> Defendants. | 23-CV-2459 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On April 6, 2023, the Court ordered preliminary injunctive relief in this matter, enjoining Defendants from manufacturing, selling, or distributing merchandise bearing federally registered trademarks of the group "Bruce Springsteen & The E Street Band." *See* Dkt. No. 15.

Given the time that has elapsed since the Court's Order, Plaintiff shall file a letter no later than May 6, 2024, updating the Court as to the status of this matter and informing the Court whether this case can now be closed.

SO ORDERED.

Dated:  April 5, 2024
            New York, New York

_____
Hon. Ronnie Abrams
United States District Judge