**Mark Bradford (MB 6002)**
**MARK BRADFORD, PC**
**299 12th Street**
**Brooklyn, New York 11215-4903**
**Tel: (347) 413-3287**
**mb@markbradfordpc.com**

**Cara R. Burns (CB 1071)**
**MIMS, KAPLAN, BURNS & GARRETSON**
**28202 Cabot Road, Ste 300**
**Laguna Niguel, California 9267705**
**Tel: (310) 314-1721; Fax: (949) 340-9737**
**cburns@hmkblawyers.com**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

| | |
|---|---|
| **MERCH TRAFFIC, LLC,** | ACTION NO. 1:23-cv-02459 RA |
| **Plaintiff,** | [~~PROPOSED~~] **ORDER** |
| v. | **FOR RELEASE OF CASH BOND AND DISPOSITION OF** |
| **JOHN DOES 1-100, JANE DOES 1-100, AND XYZ COMPANY,** | **SEIZED GOODS** |
| **Defendants.** | |

_____ x

Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise, and good cause appearing,

**IT IS HEREBY**

**ORDERED,** that the Cash Bond posted by Plaintiff's counsel in the amount of Five Thousand Dollars ($5,000) along with any accrued interest, less any fees, shall be and hereby is released, and shall be returned to counsel for the Plaintiff as set forth below, and it is further

1

**ORDERED**, that the Clerk of the Court shall send the released Cash Bond to Plaintiff's counsel in the form of a check made payable as follows: Merch Traffic, LLC, c/o Mims, Kaplan, Burns & Garretson, 28202 Cabot Road, Ste 300, Laguna Niguel, California 92677: and it is further

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all previously seized infringing merchandise.

**IT IS SO ORDERED.**

Dated: October 8, 2024  
New York, New York        _____  
                          **THE HONORABLE RONNIE ABRAMS**  
                          **UNITED STATES DISTRICT JUDGE**

Respectfully submitted,  
By: /s/ Mark Bradford  
Mark Bradford (MB 6002)  
Mark Bradford, PC  
299 12th Street  
Brooklyn, NY 11215-4903  
Tel: (347) 413-3287  
mb@markbradfordpc.com

Cara R. Burns (CB 1071)  
Mims, Kaplan, Burns & Garretson  
28202 Cabot Road, Ste 300  
Laguna Niguel, CA 92677  
Tel: (310) 314-1721  
Fax: (949) 340-9737  
cburns@hmkblawyers.com

Attorneys for Plaintiff